# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Richard Linton Crawford III,     :
                    Appellant    :
                                 :
        v.                       :
                                 :
Commonwealth of Pennsylvania,    :
Department of Transportation,    :
Bureau of Driver Licensing       :     No. 1010 C.D. 2015

# **O R D E R**

NOW, April 14, 2016, upon consideration of appellant's application for reargument, the application is denied.

_____
MARY HANNAH LEAVITT,
President Judge